Vito Torchia, Jr. (SBN 244687)
torchiav@brookstone-law.com
Deron Colby (SBN 196686)
dcolby@brookstone-law.com
Aalok Sikand (SBN 248165)
asikand@brookstone-law.com
**BROOKSTONE LAW, PC**
4000 MacArthur Blvd., Suite 1110
Newport Beach, California 92660
Telephone: (800) 946-8655
Facsimile: (866) 257-6172

Attorneys for Plaintiffs ANGELA SACCHI and ROBERT SACCHI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SACCHI, an individual; and ROBERT SACCHI, an individual,<br><br>            Plaintiffs,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee for AMERICAN HOME MORTGAGE CORPORATION d/b/a AMERICAN BROKERS CONDUIT; AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware corporation; AMERICAN HOME MORTGAGE CORPORATION d/b/a AMERICAN BROKERS CONDUIT, a New York corporation; RESIDENTIAL CREDIT SOLUTIONS, INC., a Delaware corporation; FIDELITY NATIONAL TITLE COMPANY d/b/a DEFAULT RESOLUTION NETWORK, a California corporation; DEFAULT | Case No.: CV 11-01658 AHM (CWx)<br><br>[*Assigned to the Honorable A. Howard Matz, Courtroom 14*]<br><br>**DECLARATION OF DERON COLBY IN SUPPORT OF EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Action Filed:  January 21, 2011<br>Action Removed:  February 24, 2011<br>Trial Date:  None Set |

- 1 -
**DECLARATION OF DERON COLBY IN SUPPORT OF *EX PARTE* APPLICATION
FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

| | |
|---|---|
| RESOLUTION NETWORK, an unknown entity; POWER DEFAULT SERVICES, Inc., a Texas Corporation; LANDAMERICA COMMONWEALTH, an entity of unknown form; and DOES 1 to 1000, inclusive, | |
| Defendants. | |

I, Deron Colby, hereby declare:

1. I am an attorney at law, licensed to practice in the State of California, State Bar No. 196686, of counsel at Brookstone Law, PC ("Brookstone") with its office at 4000 MacArthur Blvd., Suite 1110, Newport Beach, California 92660. The facts contained in this Declaration are within my personal knowledge and I could and would testify to these facts if called as a witness to do so.

2. On March 25, 2011, on or around 10:15 a.m., I emailed copies of the ex parte application and supporting declarations to counsel for Defendants, Todd Chvat at Wright, Finlay & Zak, advising them that they have 24 hours to oppose the ex parte application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  March 25, 2011             ____/s/ - Deron Colby_____
                                                    Deron Colby

- 2 -

**DECLARATION OF DERON COLBY IN SUPPORT OF *EX PARTE* APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**