UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AMENDED CIVIL MINUTES - GENERAL

| Case No. | CV 11-1658 AHM (CWx) | Date | June 6, 2011 |
|---|---|---|---|
| Title | ANGELA SAACHI, et al. vs. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. , et al. | | |

| Present: The Honorable | A. Howard Matz, U.S. District Judge | |
|---|---|---|
| Sandy Eagle | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys NOT Present for Plaintiffs: | | Attorneys NOT Present for Defendants: |

**Proceedings:**       (IN CHAMBERS)

On May 24, 2011, the Court ordered defendant Residential Credit Solutions, Inc. ("RCS") to show cause, in writing, why this action should not be remanded to state court for lack of jurisdiction. Defendants removed this case to federal court on the basis of diversity jurisdiction. After removal, plaintiffs Angela and Robert Sacchi, both citizens of California, filed a first amended complaint ("FAC").

In the FAC, plaintiffs allege that RCS is a corporation existing under the laws of the state of Delaware, with its principal place of business in *Los Angeles, CA*. In the initial complaint, by contrast, plaintiffs alleged that RCS's principal place of business was Fort Worth, Texas. If RCS has its principal place of business in California, then there is no basis for subject matter jurisdiction.

In response to the Court's order, RCS filed a declaration from Michelle Garber, an Assistant Vice President of Loan Servicing at RCS, stating that RCS's principal place of business is Fort Worth, Texas. Accordingly, complete diversity exists. For good cause shown, the Court hereby DISCHARGES its May 24, 2011 order to show cause.

:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1658 AHM (CWx) | Date | June 6, 2011 |
|---|---|---|---|
| Title | ANGELA SAACHI, et al. vs. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. , et al. | | |

Initials of Preparer    se